UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| APACHE CORPORATION | CIVIL ACTION NO. 6:16-cv-00111 |
| VS. | JUDGE: ROBERT G. JAMES |
| BELLE ISLE, L.L.C. | MAGISTRATE: C. WHITEHURST |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

Defendant, Belle Isle, L.L.C. ("Belle Isle"), respectfully requests that the Court dismiss the Amended Complaint for Declaratory Judgment filed by Apache Corporation ("Apache") [Rec. Doc. 18] pursuant to Federal Rule of Civil Procedure 12(b)(1).  Apache failed in its original Complaint to allege that Belle Isle is a citizen of Louisiana (instead, it alleged merely that Belle Isle is a resident of Louisiana).  Apache thereafter filed its Amended Complaint on March 18, 2016 to amend this allegation.  The Amended Complaint otherwise adds no new parties or allegations.

Belle Isle filed a Motion to Dismiss or, In the Alternative, to Stay Apache's original Complaint on February 17, 2016 [Rec. Doc. 5].  In response to that Motion, Apache requested limited jurisdictional discovery, which this Court allowed by Order dated March 23, 2016 [Rec. Doc. 22].  As such, Belle Isle's Motion to Dismiss Apache's original Complaint is still pending before this Court and it is set for hearing on June 15, 2016 [Rec. Doc. 21].

Apache's Amended Complaint, like its original Complaint, must be dismissed for the same reasons Belle Isle asserted in its Motion to Dismiss Apache's original Complaint.  That is, this Court does not have subject matter jurisdiction over this dispute because both Belle Isle and Apache are citizens of Texas, and thus complete diversity does not exist.

Belle Isle hereby adopts and incorporates, as if copied *in extenso* herein, the facts, arguments, and law asserted in its Motion to Dismiss or, In the Alternative, to Stay, filed on February 17, 2016 [Rec. Doc. 5], Memorandum in Support of Motion To Dismiss or, In the Alternative, to Stay [Rec. Doc. 5-1], Exhibit A [Rec. Doc. 5-2], and Exhibit B [Rec. Doc. 5-3]. Accordingly, Belle Isle requests this Court dismiss Apache's Amended Complaint.

Respectfully submitted,

*/s/ James M. Garner*
_____
JAMES M. GARNER #19589
MARTHA Y. CURTIS #20446
THOMAS J. MADIGAN, II #28132
EMILY E. ROSS #34739
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100

-and-

GLADSTONE N. JONES #22221
KEVIN E. HUDDELL #26930
EBERHARD D. GARRISON #26795
H.S.BARTLETT, III #26795
JOHN T. ARNOLD #31601
ROSE MURRAY #34690
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2509
**Attorneys for Defendant, Belle Isle, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I electronically filed the foregoing Memorandum in Support of Motion to Dismiss Amended Complaint with the clerk of the United States District Court for the Western District of Louisiana, using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

/s/ James M. Garner
_____
JAMES M. GARNER