UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| APACHE CORP. | CIVIL ACTION NO. 16-111 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BELLE ISLE LLC. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons discussed in this Court's Ruling and for the additional reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 46], adopted by this Court after a *de novo* review of the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Stay [Doc. No. 5] and Defendant's Motion to Dismiss Amended Complaint [Doc. No. 23] are GRANTED. Plaintiff's Complaint for a Declaratory Judgment [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 19th day of August, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE